1  ERIC D. HOUSER (SBN 130079)
2  SARA L. MARKERT (SBN 251277)
   HOUSER & ALLISON
3  A Professional Corporation
   701 Palomar Airport Road, Suite 250
4  Carlsbad, CA  92011
   Telephone:  (760) 603-9664
5  Facsimile:  (760) 603-9668
   Email:  smarkert@houser-law.com
6
7  Attorneys for Defendant, NATIONWIDE CREDIT, INC.

8                  **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| 10  TOMMY PHILLIPS, | Case No.: CV-10-2843 |
| 11            Plaintiff, | Hon. Richard Seeborg |
| 12 | **STIPULATION [~~AND PROPOSED~~ ORDER] TO EXTEND THE EARLY NEUTRAL EVALUATION CONFERENCE DEADLINE** |
| 13       vs. | |
| 14  NATIONWIDE CREDIT, INC. | |
| 15            Defendant. | Complaint Filed:  June 28, 2010<br>Trial date:  None scheduled |

16

17     **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff TOMMY PHILLIPS,

18  by and through his counsel of record, Todd M. Friedman, and Defendant NATIONWIDE

19  CREDIT, INC., by and through its counsel of record, Sara L. Markert, that the parties to this

20  action jointly agree that the Early Neutral Evaluation Deadline currently set by this court for

21
22  March 10, 2011 be extended to a date on or after April 30, 2011.

23     The reason for the Stipulation is that the Pre-Early Neutral Evaluation Conference ("Pre-

24  ENE") initially set for January 28, 2011 was continued to February 23, 2011 due to

25  unavailability of Defendant's counsel.  With the last day to conduct the Early Neutral Evaluation

26  ("ENE") being March 9, 2011, just two weeks after the Pre-ENE, and briefs being due to the

27

28  STIPULATION [~~AND PROPOSED~~ ORDER] TO EXTEND ENE DEADLINE
                                          Phillips v. Nationwide Credit, Inc.
                                                         CV-10-2843- EMC

                                  1

1  evaluator by February 28, 2011, just five days after the Pre-ENE, the current deadline does not

2  provide the parties and their counsel adequate time to schedule a mutually agreeable date for the

3  ENE. Additionally, Sadhana Narayan, the evaluator, has advised counsel in this case to obtain

4  an extension for the deadline.

5      There have been no prior requests to extend the ENE deadline.

6  **SO STIPULATED:**

7  DATED: February 14, 2011    LAW OFFICES OF TODD M. FRIEDMAN

8  

9      By  /s/ Todd M. Friedman_____
    Todd M. Friedman
    Attorneys for Plaintiff, TOMMY PHILLIPS

10 DATED: February 14, 2011    HOUSER & ALLISON, A.P.C.

11     By  /s/ Sara L. Markert_____
    Sara L. Markert
    Attorneys for Defendant,
    NATIONWIDE CREDIT, INC.

12     Pursuant to the parties' stipulation, the Court EXTENDS the Early Neutral Evaluation

13 Conference deadline to April 30, 2011.

14 **SO ORDERED:**

15 UNITED STATES DISTRICT JUDGE

16 DATED:   2/15/11

STIPULATION [~~AND PROPOSED~~ ORDER] TO EXTEND ENE DEADLINE
Phillips v. Nationwide Credit, Inc.
CV-10-2843- EMC

2