**United States District Court**
For the Northern District of California

*E-Filed 2/22/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TOMMY PHILLIPS,

        Plaintiffs,

  v.

NATIONWIDE CREDIT, INC.,

        Defendants.

                                              /

No. C 10-02843 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 29, 2011.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 5, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

        IT IS SO ORDERED.

Dated: 2/22/11

        RICHARD SEEBORG
        UNITED STATES DISTRICT JUDGE