*E-Filed 5/3/11*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**TOMMY PHILLIPS,**            ) Case No. **3:10-cv-02843-RS**
                               )
Plaintiff,                     ) **ORDER**
                               )
  vs.                          )
                               )
**NATIONWIDE CREDIT, INC.,**   )
                               )
Defendant.                     )
_____)

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

Dated:   5/3/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE